# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| LARRY ARNOLD, ADMINISTRATOR OF THE ESTATE OF ERIC ARNOLD, DECEASED, ON BEHALF OF THE ESTATE OF ERIC ARNOLD, DECEASED, LARRY ARNOLD, ADMINISTRATOR OF THE ESTATE OF ERIC ARNOLD, DECEASED, ON BEHALF OF THE NEXT OF KIN OF ERIC ARNOLD, DECEASED, AND LARRY ARNOLD, IN HIS OWN RIGHT, | : No. 473 WAL 2016<br>:<br>:<br>: Petition for Allowance of Appeal from<br>: the Order of the Superior Court |
| Petitioner | |
| v. | |
| RICHARD KAPOSY; AND/OR RICHARD KAPOSY D/B/A TREEMAN LANDSCAPING; AND/OR RICHARD KAPOSY D/B/A COUNTRY BOYZ CUTTING CITY TREES; AND/OR RICHARD KAPOSY D/B/A COUNTRY BOYZ TREE SERVICE; DUQUESNE LIGHT COMPANY; KAYLA WELLER; AND/OR MATTHEW WELLER, | |
| Respondents | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.